Reginald B. Lanier, Respondent, *v.* George T. Bowdoin, Individually and as Liquidator of Winslow, Lanier and Company et al., Appellants, Impleaded with Others.

Submitted January 15, 1940; decided January 23, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. Under the decision Lanier has the same cause of action against the insolvent partners that Bowdoin has. (See 282 N. Y. 32.)

In the Matter of S. M. & J. Eisenstadt, Inc., Appellant, against Horace Heffernan, Respondent.

Submitted January 15, 1940; decided January 23, 1940.

*William E. Seward* and *Horace Heffernan,* in person, for motion.

*David I. Michaelson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal within ten days, in which event the motion is denied.